IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME M. IRVING, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| CHESTER WATER AUTHORITY, | : |
| Defendant. | : NO. 08-5156 |

## ORDER

**AND NOW**, this ____ day of June, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc.16); Plaintiff's Answer to Defendant's Statement of Material Facts (Doc. 18); and Defendant's Reply to Plaintiff's Response to its Motion for Summary Judgment (Doc. 19), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Defendant's Motion is **GRANTED**.

2. Plaintiff's Complaint and any and all claims against Defendant are **DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**

                                              _____

                                              **Hon. Petrese B. Tucker, U.S.D.J.**